**Order entered March 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01092-CR

### KENNETH WATTS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-76274-R**

## ORDER

Before the Court is appellant's March 4, 2019 motion to extend the time to file appellant's brief and notice of substitute counsel. We **GRANT** the motion. Appellant's brief shall be due **THIRTY DAYS** from the date of this order. We **DIRECT** the Clerk of the Court to **REMOVE** Riann Moore and **SUBSTITUTE** Julie Woods as counsel for appellant. All future correspondence should be sent to Julie Woods at her address on file with the Clerk.

/s/     LANA MYERS
        JUSTICE